UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENEE INEZ MCGOWAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | C12-281 TSZ<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 18, to which no objection was timely filed, does hereby find and ORDER:

(1)　The Court ADOPTS the Report and Recommendation.

(2)　The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3)　The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

ORDER - 1

1  Dated this 3rd day of November, 2012.

2

3  /s/ Thomas S. Zilly

THOMAS S. ZILLY

4  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2